# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0921
_____

MARIUS DRAGOS MARIS,

    Appellant,

    v.

STATE OF FLORIDA, Department
of Revenue, Child Support
Program and KARINA MARRERO
MARCANE,

    Appellees.

_____

On appeal from the Division of Administrative Hearings.
Lynne Allen Quimby-Pennock, Administrative Law Judge.


February 10, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————


Marius D. Maris, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, and Sarah Carmen Prieto, Assistant Attorney General, Fort Lauderdale, for Appellee.